FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BILLY D. FOWLER, | No. 07-35488 |
| Petitioner - Appellant, | D.C. No. CV-06-05620-FDB |
| v. | |
| MAGGIE MILLER-STOUT, | MEMORANDUM * |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Franklin D. Burgess, District Judge, Presiding

Submitted January 11, 2010**

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

Washington state prisoner Billy D. Fowler appeals from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction

pursuant to 28 U.S.C. § 2253, and we affirm.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

SZ/Research

Fowler contends that his due process rights were violated when the police failed to preserve a surveillance video containing potentially exculpatory evidence. Because Fowler has failed to show bad faith on the part of the police, the state court's decision rejecting this claim was neither contrary to, nor involved an unreasonable application of, clearly established federal law. *See* 28 U.S.C. § 2254(d)(1); *see also Arizona v. Youngblood*, 488 U.S. 51, 58 (1988).

We construe Fowler's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22-1(e); *see also Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999) (per curiam).

**AFFIRMED.**